**IT IS ORDERED as set forth below:**

**Date: May 19, 2015**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| TYREE PATTERSON, | CASE NO. 14-65877-PWB |
| Debtor. | CHAPTER 7 |
| TYREE PATTERSON, | |
| Plaintiff, | |
| v. | ADVERSARY PROCEEDING NO. 15-5129-PWB |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

ORDER

The Debtor has filed a complaint seeking, among other things, a determination that the debt owed by him to the Defendant was discharged in his chapter 7. The Defendant seeks dismissal of the complaint on the ground that the Debtor has failed to perfect service of the summons and complaint in a manner required by Rule 7004(b)(4) of the Federal Rules of Bankruptcy Procedure. In response, the Debtor seeks an extension of time to perfect service upon the Defendant and to amend his complaint.

Rule 7004(e) requires service of the summons and complaint within seven days of the issuance of the summons. Rule 4(m) of the Federal Rules of Civil Procedure, made applicable by Bankruptcy Rule 7004(a)(1), provides that if a defendant is not served within 120 days of filing of the complaint the court must dismiss the action without prejudice or order that service be made within a specified time.

The Debtor filed this action on March 4, 2015. Although the time for timely serving the summons under Bankruptcy Rule 7004(e) has passed, because the 120 day deadline of Rule 4(m) has not expired and because there is no prejudice to the Defendant in permitting the Debtor to perfect service, the Court shall direct the Clerk to reissue the summons and grant the Debtor an extension of time to effect service of process of the summons and complaint. Accordingly, it is

ORDERED that the Defendant's motion to dismiss is denied without prejudice. It is

FURTHER ORDERED that the Debtor's motion to perfect service of process and amend complaint is granted. It is

FURTHER ORDERED that the Clerk shall issue a new summons for service. It is

FURTHER ORDERED that the Debtor shall serve copies of the reissued summons and complaint (and amended complaint if one is filed) upon the Defendant in the manner required by Rule 7004 of the Federal Rules of Bankruptcy Procedure no later than June 4, 2015, and file a certificate of service showing the names and addresses of the persons served.

**END OF ORDER**

**Distribution List**

Tyree Patterson
Apt. 3L
300 Peachtree Street
Atlanta, GA 30308

Vania S. Allen
U. S. Attorney's Office - GA Northern
Suite 600
75 Spring Street, SW
Atlanta, GA 30303